UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM E KRETSCHMAR,

    Plaintiff,

 v.                                   Case No.:   2:21-cv-00086-JES-LLL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant,

_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of Magistrate Judge Laura Lothman Lambert's Report and Recommendation (Doc. #42), filed on May 9, 2025, recommending that the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. #41) filed on May 5, 2025, be granted. No objections have been filed, and the time to do so has expired.

    A district court must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made and to matters of law. See 28 U.S.C. § 636(b)(1)(C). "Most circuits agree that in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation." Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (internal quotations marks and citation omitted) (collecting cases). See also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court agrees with the findings and recommendations in the Report and Recommendation that the requested fee is reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #42) is **accepted and adopted** by the Court.

1. Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. #41) is **GRANTED** and plaintiff's counsel, Bill Berke, is awarded $9,932.60 under 42 U.S.C. § 406(b), which shall be paid to counsel from past-due benefits awarded to plaintiff and withheld by the Social Security Administration, to the extent funds are available, with any remaining amount to be collected from plaintiff.

2. The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of May 2025.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:

Hon. Laura Lothman Lambert
United States Magistrate Judge

Counsel of record